UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. JEFFRIES,

        Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. C17-5381-RAJ

**ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Based upon the Unopposed Motion for an Extension of Time (Dkt. 9), it is hereby ORDERED that the Scheduling Order (Dkt. 8) is amended as follows:

- Plaintiff shall have an extension up to and including October 9, 2017, to file Plaintiff's Opening Brief.
- Defendant shall have up to and including November 8, 2017, to file Defendant's Responsive Brief.
- Plaintiff shall have up to and including November 23, 2017, to file Plaintiff's Reply Brief.

DATED this 6th day of September, 2017.

                                   /s/Richard A. Jones
                                   RICHARD A. JONES
                                   United States District Judge